UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert A. Politte, et al.,<br><br>                Plaintiffs,<br>v.<br><br>United States of America,<br><br>                Defendant. | Civil No. 07cv1950 AJB (WVG)<br><br>ORDER DENYING MOTION<br>TO WITHDRAW AS COUNSEL<br><br>[Doc. No. 340] |

On April 10, 2012, Plaintiffs' counsel filed a motion to withdraw as counsel, [Doc. No. 340], and a hearing on the motion was set for May 25, 2012. Subsequent to the filing of the motion to withdraw, Plaintiffs' counsel filed notices of appeal on May 18, 2012, [Doc. Nos. 342-344], of the final judgment, [Doc. No. 335], entered by the Court on March 21, 2012 in this case.

A district court is divested of jurisdiction upon the filing of a notice of appeal of a final judgment, because the district court may not change the status of the case while it is on appeal. *Laurino v. Syringa Gen. Hosp.*, 279 F.3d 750, 755 (9th Cir. 2002); *Pyrodyne Corp. v. Pyrotronics Corp.*, 847 F.2d 1398, 1403 (9th Cir.1988)*; McClatchy Newspapers v. Central Valley Typographical Union No. 46*, 686 F.2d 731, 734-35 (9th Cir.1982). The effective filing of a notice of appeal transfers jurisdiction from the district court to the court of appeals with respect to all matters involved in the appeal. *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 103 S.Ct. 400, 402, 74 L.Ed.2d 225 (1982) (per

curiam). Since granting Plaintiffs' counsel's motion the representation of the Plaintiffs Based upon the foregoing, Plaintiffs' counsel's motion to withdraw as counsel is hereby DENIED.

   IT IS SO ORDERED.

DATED: May 25, 2012

_____
Hon. Anthony J. Battaglia
U.S. District Judge